■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMMY GERACI, Appellant. [938 NYS2d 460]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Angiolillo, Austin and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES W. GILLEO, JR., Appellant. [938 NYS2d 463]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Angiolillo, Balkin and Lott, JJ., concur.